[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 24, 2011
JOHN LEY
CLERK

No. 11-10258
Non-Argument Calendar

_____

D.C. Docket No. 2:09-cr-00153-CLS-PWG-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LEONEL SOTO,
a.k.a. Ramadan,
a.k.a. Carols Ramirez Soto,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(August 24, 2011)

Before HULL, PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Michael P. Hanle, appointed counsel for Leonel Soto in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issue of merit, counsel's motion to withdraw is **GRANTED**, and Soto's convictions and sentences are **AFFIRMED**.